CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

08/11/2020
JULIA C. DUDLEY, CLERK
BY: H. Wheeler
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

PHYLLIS RIPPER,

    Plaintiff

v.                                                 Civil Action No. 3:20cv000006

LOWE'S HOME CENTERS, LLC,

    Defendant.

## AGREED ORDER OF DISMISSAL

This day came the parties, by counsel, and represented to the Court that all matters in controversy herein have been settled, and on their joint motion it is ORDERED that this action be **DISMISSED AGREED WITH PREJUDICE** and stricken from the docket. Jurisdiction in the matter is retained solely for the purpose of enforcing the settlement agreement resulting in the dismissal of the action.

Let the Clerk send attested copies of this Order to counsel of record for both parties.

ENTER: 8 / 11 /2020

_Norman K. Moon_
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

[ENDORSEMENTS OF COUNSEL ON PAGE 2]

WE ASK FOR THIS:

_____
Joseph M. Moore (VSB #48591)
McCandlish Holton, P.C.
1111 E. Main Street, Suite 2100
P.O. Box 796
Richmond, VA 23218
(804) 344-8300 Telephone
(804) 819-1174 Facsimile
joe.moore@lawmh.com
*Counsel for Defendant*

_____
Vaden Warren, Jr.
The Warren Firm, PLLC
516 Locust Ave.
Charlottesville, VA 22903
(434) 972-9090
(434) 972-9091 Facsimile
*Counsel for Plaintiff*

# THE WARREN FIRM

VIRGINIA INJURY LAW

516 Locust Avenue
Charlottesville, Virginia 22902

www.warren-law.com

Tel: (434) 972-9090
Fax: (434) 972-9091

July 9, 2020

Hon. Julia C. Dudley, Clerk
United States District Court for the Western District of Virginia
Charlottesville Federal Court
255 W. Main Street
Room 304
Charlottesville, VA 22902

> ***Phyllis Ripper***
> *v.*
> ***Lowe's Home Centers, LLC***
> <u>Our File No.: 19-111</u>

Dear Sir or Madam:

Enclosed please find the Agreed Order of Dismissal. Kindly forward it to the Court for entry.

Please call if you have any questions. I appreciate your assistance.

Sincerely,

T. Vaden Warren, Jr.

TVW/veh
Enclosure
cc:  Joseph Moore, Esquire